# Law Offices of
# Daniel A. Hochheiser
ATTORNEY AT LAW
2 Overhill Road, Suite 400
Scarsdale, New York 10583
dah@hochheiser.com
(6...)

May 12, 2023

Via ECF and Email
Hon. Philip M. Halpern
United States Courthouse
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

>  Application granted.
>
>  SO ORDERED.
>
>  _____
>  Philip M. Halpern
>  United States District Judge
>
>  Dated: White Plains, New York
>         May 12, 2023

Re: *USA v. Jeremy Williams et al. (****Justice Jackson****)*, 22 CR 641-006 (VB)
APPLICATION BY ASSIGNED COUNSEL FOR PERMISSION TO FILE INTERIM CJA VOUCHERS

Your Honor:

     In December 2022, I was appointed as counsel pursuant to the Criminal Justice Act to represent Defendant, Justice Jackson in the referenced matter, a 14-defendant case alleging Racketeering Conspiracy and related charges.

     Please grant me permission to file interim vouchers on the eVoucher system by endorsing this letter motion.

Respectfully submitted,

Daniel A. Hochheiser

Cc: all counsel via ECF